

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *EX REL.*, | * | CIVIL ACTION NO. 99-3807 |
| WILLIAM ST. JOHN LACORTE, M.D. | * | |
| | * | SECTION "I" |
| versus | * | |
| | * | MAGISTRATE 4 |
| MERCK & CO., INC. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### THE STATE OF LOUISIANA'S POSITION STATEMENT ON MERCK'S MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes the State of Louisiana, through its Attorney General, Richard Ieyoub, who files this Statement of Interest on Merck's Motions to Dismiss. In connection herewith, the State of Louisiana has notified this Honorable Court and the parties in this litigation of its intent to file a Motion for Leave to File a Complaint-in-Intervention in this lawsuit. The State of Louisiana has a multiple interests concerning the issues raised in this lawsuit, including, but not limited to, its interest in the management of the Medicaid Program in the State of Louisiana.

It is the State of Louisiana's position that Merck's Motion to Dismiss the Consolidated Complaint filed by the United States of America, ex rel. William St. John LaCorte, be denied for the reasons asserted by Relator in the Brief in Opposition to Defendant's Motion to Dismiss. Also,

1

additional grounds to support the State of Louisiana's position that Merck's Motion to Dismiss be denied, the State of Louisiana adopts the legal analysis contained in the "Argument" section of the United States' Statement of Interest on Defendant's Motion to Dismiss, including the facts that False Claims Act violations may be predicated upon a violation of law, rule and regulation; including violations of the Food Drug and Cosmetic Act and the Antikickback Statute. The State of Louisiana reserves all rights to supplement and/or amend its position with respect to Merck's Motion to Dismiss the Consolidated Complaint.

For the foregoing reasons, the State of Louisiana respectfully requests that this Honorable Court deny Merck & Co., Inc.'s Motion to Dismiss pursuant to Rule 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure.

Respectfully submitted,

RICHARD IEYOUB, Attorney General

By: /s/ Michelle L. Maraist

E. JOHN LITCHFIELD, T.A. (#8622)
MICHELLE L. MARAIST (#21739)
**Special Assistant Attorneys General**
**BERRIGAN, LITCHFIELD, SCHONEKAS,**
    **MANN, TRAINA & THOMPSON, LLC**
400 Poydras Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: (504) 568-0541
Fax: (504) 561-8655

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel as follows:

1. Jim Lentten, United States Attorney,
   Paul S. Weidenfeld, Assistant United State Attorney,
   Unites States Attorneys Office
   Hale Boggs Federal Building
   501 Magazine Street, 2nd Floor
   New Orleans, LA 70130

2. Michael F. Hertz,
   Laurence Freedman,
   Sanjay M. Bhambhani, Attorneys, Civil Disvision
   Commercial Litigation Branch
   P.O. Box 261
   Ben Franklin Station
   Washington, DC 20044

3. Harry Rosenberg, Esq.
   Phelps Dunbar, LLP
   365 Canal Street, Suite 2000
   New Orleans, LA 70130-6534

4. Ethan M. Posner, Esq.
   Covington & Burling
   1201 Pennsylvania Avenue, N.W.
   Washington, DC 2004-2401

3

5. J. Marc Vezina, Esq.
   Vezina & Gattuso, LLC
   401 Weyer Street
   Gretna, LA 70054

by First Class, U.S. Mail, postage prepaid and properly addressed this 21st day of July, 2003.

_____
**MICHELLE L. MARAIST**

4