**SEALED**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 SEP 17 P 4: 24

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. UNDER SEAL | * | CIVIL ACTION |
| Plaintiffs, | * | NO. 99-3807 |
| v. | * | SECTION: "I" (4) |
| UNDER SEAL, | * | FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730 et seq. |
| Defendants. | * | |

\* \* \*

**NOTICE OF THE UNITED STATES**

\_\_ Fee\_\_\_\_
\_\_ Process\_\_\_
X  Dktd\_\_\_\_
\_\_ CtRmDep\_\_
\_\_ _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA, THE DISTRICT OF COLUMBIA, THE STATE OF DELAWARE THE STATE OF FLORIDA, THE STATE OF ILLINOIS, THE STATE OF HAWAII, THE STATE OF LOUISIANA THE COMMONWEALTH OF MASSACHUSETTS, THE STATE OF NEW MEXICO THE STATE OF NEVADA THE STATE OF TENNESSEE, THE STATE OF TEXAS, AND THE COMMONWEALTH OF VIRGINIA ex rel. WILLIAM ST. JOHN LACORTE, M.D., <br><br>Plaintiffs, <br><br>V. <br><br>MERCK & CO, INC. <br><br>Defendant. | CIVIL ACTION NO. 99-3807 <br><br><br><br>SECTION: "I" (4) |

**NOTICE OF THE UNITED STATES**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court that it hereby intervenes and intends to proceed with this action. The United States intends to file its complaint on or before September 28, 2007.

The United States requests that the relator's Complaints, this Notice, and the attached proposed Order be unsealed on September 28, 2007. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole

purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

                      Respectfully Submitted,

                      PETER D. KEISLER
                      Assistant Attorney General

                      JIM LETTEN
                      United States Attorney

                      SHARON D. SMITH (Bar No. 17146)
                      Assistant United States Attorney
                      United States Attorney's Office
                      Hale Boggs Federal Building
                      500 Poydras Street, Room B210
                      New Orleans, Louisiana 70130
                      Telephone: (504) 680-3004
                      Email: sharon.d.smith@usdoj.gov

                      JOYCE R. BRANDA
                      DANIEL R. ANDERSON
                      SANJAY M. BHAMBHANI
                      Attorneys, Civil Division
                      U.S. Department of Justice
                      Post Office Box 261
                      Ben Franklin Station
                      Washington, D.C. 20044
                      Telephone: (202) 305-0546
                      sanjay.bhambhani@usdoj.gov